IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0507

FILED

04/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0507

_____

BONNIE SHURTZ,

     Plaintiff and Appellee,

  v.

DALTON GROVE PROPERTIES, LP,

     Defendant and Appellant.

ESTATE OF JOHN BILLMAYER, ESTATE
OF KATHRYN BILLMAYER, and all other
persons, unknown, claiming or who might
claim any right, title, estate, or interest in or
lien or encumbrance upon the real property
described in the complaint adverse to
plaintiffs ownership or any cloud upon
plaintiffs title, whether the claim or possible
claim is present or contingent,

     Defendants.

                                 O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Deborah Kim Christopher, District Judge.

                              For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 14 2021